IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **EMMANUEL ADEYINKA**, <br><br> Plaintiff, <br><br> v. <br><br> **WALMART,** *et al.*, <br><br> Defendants. | Case No. 3:23-cv-393-JR <br><br> **JUDGMENT** |

**Michael H. Simon, District Judge.**

Based on the Court's ORDER,

IT IS ADJUDGED that this case is DISMISSED.

DATED this 20th day of April, 2023.

                                           /s/ *Michael H. Simon* <br>
                                           Michael H. Simon <br>
                                           United States District Judge